UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for U.S. ROF III Legal Title Trust 2015-1, by U.S.
Bank National Association, as Legal Title Trustee

In Re:
Jose De La Oz

Debtor

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R.
Bankr. P. 9010(b) the undersigned enters an
appearance in this case

Case No: 17-15901 SLM

Chapter: 7

Judge: Stacey L. Meisel

on behalf of

U.S. ROF III Legal Title Trust 2015-1, by U.S.
Bank National Association, as Legal Title
Trustee

Request is made that the documents filed in this
case and identified below be served on the
undersigned at this address:

ADDRESS:

390-394 East 26th Street Paterson, NJ 07514

DOCUMENTS
☐  All notices entered pursuant to Fed. R.
Bankr. P. 2002.
☐☐  All documents and pleadings of any
nature.

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*