UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No.: __15901__

JOSE DE LA OZ    Chapter: __7__

    Judge: __Meisel__

## NOTICE OF PROPOSED ABANDONMENT

__John W. Sywilok__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King, Jr. Federal Building |
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable __Stacey L. Meisel__ on __July 11, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtors' interest in real property located at: |
| | 390 E. 26th Street |
| | Paterson, NJ 07514 |
| | Fair Market Value: $250,000.00 |

| Liens on property: | Subject to mortgage held by Specialized Loan Servicing on which there is due approximately $345,000.00. |

| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:    John W. Sywilok, Trustee    /s/ John W. Sywilok

Address:    51 Main Street, Hackensack, New Jersey 07601

Telephone No.:    (201) 487-9390

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 17-15901-SLM
Jose De La Oz                                                Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2      User: admin              Page 1 of 1          Date Rcvd: May 24, 2017
                          Form ID: pdf905          Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
db             Jose De La Oz,    392 E 26th St,    Paterson, NJ   07514-1804
516724121     +Ar Resources,    Po Box 1056,    Blue Bell, PA 19422-0287
516724125     +Pleuse, Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
516724126     +Specialized Loan Servicing,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 24 2017 22:35:15      U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2017 22:35:12      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516724122     +E-mail/Text: ering@cbhv.com May 24 2017 22:35:09      CB of the Hudson Valley,   155 N Plank Rd,
               Newburgh, NY 12550-1748
516724123     +E-mail/Text: ering@cbhv.com May 24 2017 22:35:09      Collection Bureau Hudson Valley,
               155 N Plank Rd,   Newburgh, NY 12550-1748
516724124     +E-mail/Text: bknotice@erccollections.com May 24 2017 22:35:17      Enhanced Recovery,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
                                                                                             TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
              Benjamin Jamie Ginter    on behalf of Debtor Jose De La Oz gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John   Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              John   Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com, nj26@ecfcbis.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```