Certificate Number: 05781-NJ-DE-029414169

Bankruptcy Case Number: 17-15901



05781-NJ-DE-029414169

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 13, 2017, at 12:05 o'clock PM PDT, Jose De La Oz completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  June 13, 2017

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President