UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:
Jose De La Oz

Case No.: 17-15901
Judge: SLM
Chapter: 7

# APPLICATION FOR EXTENSION OR
# EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____attorney_____ in this matter. On ____4/18/17____, a Loss Mitigation Order was entered concerning:

Property:    392 E. 26th St, Paterson, NJ 07514

Creditor:    Specialized Loan Services

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on ___June 29, 2017___.

For the reason(s) set forth below, the ____debtor____ hereby requests:

☑ An extension of the Loss Mitigation Period to ___September 29, 2017___.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
Debtor submitted a complete loan modification package about 2 weeks ago. We are still waiting for the lender to respond. My office followed up again today to see how the lender will proceed with our application. Additional time is needed

Dated: 6/28/17

/s/ Benjamin J. Ginter, Esq
Applicant's signature

Revised 9/19/13