Benjamin J. Ginter, Attorney at Law
34 Forest Avenue
Cranford, NJ 07016
Tel: 908-272-6565
Fax: 484-214-0310
Attorney for Debtor

---

| IN RE: | UNITED STATES BANKRUPTCY COURT |
| --- | --- |
|  | DISTRICT OF NEW JERSEY |
|  | CHAPTER 7 |
| JOSE DE LA OZ | CASE NO.: 17-15901/SLM |
| DEBTOR. |  |

---

## CERTIFICATION OF SERVICE

Benjamin J. Ginter, of full age, does hereby certify:

1. I am the attorney for JOSE DE LA OZ in the above-entitled matter.

2. On June 28, 2017, I mailed the application for Extension of Loss Mitigation, Order, and Certification of Service to:

To:
John Sywilok, Trustee
51 Main St
Hackensack, NJ 07601

Specialized Loan Servicing
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

Pleause Becker & Saltzman, LLC
2000 Horizon Way
Suite 900
Mount Laurel, NJ 08054

I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 28, 2017 /s/Benjamin J. Ginter, Esq
Benjamin J. Ginter, Esq.