UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

**Order Filed on July 7, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Jose De La Oz

Case No.: 17-15901

Chapter: 7

Judge: SLM

### ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 7, 2017**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____4/18/17_____ :

Property: 392 E 26th St, Paterson, NJ 07514

Creditor: Specialized Loan Services

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtors ~~attorney~~_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __October 5, 2017__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*